IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ANGEL CASTANEDA BORJAS, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-25-CV-627-KC |
| § | |
| WARDEN, ERO EL PASO CAMP § | |
| EAST MONTANA et al., § | |
| § | |
| Respondents. § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On December 17, 2025, the Court granted in part Angel Castaneda Borjas' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Dec. 17, 2025, Order 3, ECF No. 5. Respondents have now informed the Court that an immigration judge ordered Castaneda Borjas to be released from custody on a $1,500.00 bond. Status Report, ECF No. 6. And, upon posting of bond, Castaneda Borjas was released from custody on December 23. *See id.*

It appears that the only remaining matter to be resolved in this case is Castaneda Borjas' request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 12, ECF No. 1; *see generally* Dec. 17, 2025, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 8th day of January, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE